UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                           :

LAURENCE J. SKELLY and ELLEN BURKE,     :
individually and on behalf of all others similarly     :
situated,

                           :

                Plaintiff,     :

                           :

      -against-     :

                           :

THE PENSION PLAN FOR INSURANCE     :
ORGANIZATIONS; THE NAMED     :
FIDUCIARIES OF THE PENSION PLAN FOR     :
INSURANCE ORGANIZATIONS, as Plan     :
Administrator; KENNETH GERAGHTY,     :
individually and as Managing Fiduciary of the Plan;  :
and INSURANCE SERVICES OFFICE, INC.,     :

                           :

              Defendants.     :

                           :

------------------------------------------------------------ x

**ORDER**

13 Civ. 5743 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

             This case is hereby dismissed. Plaintiff should proceed by moving to amend the

complaint filed in related case 12 Civ. 8889. The Clerk shall return the filing and administrative

fee totaling $400.00 to Richard Meisner of Jardim, Meisner & Susser, P.C.

             SO ORDERED.

Dated:      August 22, 2013
                 New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge